**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MOLECULAR LOOP BIOSCIENCES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC. and<br>VERINATA HEALTH, INC.<br><br>Defendants. | **C.A. No. 24-680-RGA**<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION AND [PROPOSED] ORDER FOR**
**STAY PENDING *INTER PARTES* REVIEW**

WHEREAS, Molecular Loop Biosciences, Inc. ("Molecular Loop") has alleged that Illumina, Inc. and Verinata Health, Inc. (together "Defendants") infringe U.S. Patent Nos. 11,041,852 (the "'852 patent"), 11,768,200 (the "'200 patent"), and Patent No. 11,840,730 (the "'730 patent"), (collectively, the "Asserted Patents").

WHEREAS, Defendants filed petitions for *inter partes* review ("IPR") with the Patent Trial and Appeal Board ("PTAB") against the '852 and '200 patents on July 2, 2024 and against the '730 patent on September 30, 2024;

WHEREAS, the PTAB instituted IPRs of the '852 and '200 patents on January 27, 2025, and final written decisions on Defendants' petitions for IPRs of the '852 and '200 patents are expected by January 27, 2026;

WHEREAS, the PTAB will render an institution decision by April 28, 2025 on the '730 patent;

WHEREAS, the parties met and conferred and agree that a stay of this case is appropriate under the present circumstances;

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that this case is stayed as to all claims asserted by either party through final written decision in the ’852 and ’200 IPRs. The parties shall jointly notify the Court within five (5) business days of the final written decision in each IPR. And, within 10 business days of the issuance of a final written decision in the last of the ’852 and ’200 IPRs to resolve, the parties shall meet and confer and jointly file a status report explaining how they propose proceeding in light of the PTAB’s decisions and the status of the ’730 patent IPR at that time.

*/s/ Michael J. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff Molecular Loop Biosciences, Inc.*

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Attorneys for Defendants Illumina, Inc. and Verinata Health, Inc.*

Dated: February 5, 2025

SO ORDERED, this ___ day of February, 2025

______________________________
The Honorable Richard G. Andrews