IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOLECULAR LOOP BIOSCIENCES, INC., | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 24-680-RGA |
| ILLUMINA, INC., et al., | : : | |
| Defendants. | : | |

**O R D E R**

WHEREAS, the above-captioned case was stayed on February 6, 2025, due to *inter partes* review ("IPR") proceedings pending before the Patent Trial and Appeal Board (D.I. 39);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The pending motion (D.I. 21) is DISMISSED with leave to renew or refile if and when the stay is lifted. The parties shall promptly notify the Court when the "IPR" action has been resolved so that this case may be reopened, and other appropriate action may be taken.

February 6, 2025
   DATE

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE